UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ISSAM SALMO AKA ESSAM SALMO,

Plaintiff,

v.

MARKWAYNE MULLINS, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendant.

No. 8:26-cv-01825-JDE

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT UNTIL DECEMBER 1, 2026**

Based on the parties' Stipulation (Dkt. 11) and for good cause shown,

IT IS ORDERED that the deadline for Defendant to respond to Plaintiff's Complaint in the above-entitled action is extended by 30 days, from November 1, 2026, to December 1, 2026.

Dated: October 20, 2026

JOHN D. EARLY
United States Magistrate Judge